# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00122-CR

**The State of Texas, Appellant**

**v.**

**Gloria Elizabeth Romero-Perez, Appellee**

**FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
NO. CR2016-659, HONORABLE GARY L. STEEL, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

The State has filed an "Application for Stay Pending Disposition of Appeal." The State timely appeals from the trial court's grant of a motion for new trial in the underlying criminal case.[1] Under Code of Criminal Procedure Article 44.01(e), "[t]he state is entitled to a stay in the proceedings pending the disposition of an appeal under Subsection (a) or (b) of this article." Accordingly, we grant the State's application and stay the proceedings in the trial court, pending the disposition of the State's appeal.

It is so ordered March 1, 2018.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish

---

[1] *See* Tex. Code Crim. Proc. art. 44.01(a)(3) (entitling State to appeal trial court's order that grants new trial in criminal case).